**Dismissed and Memorandum Opinion filed March 19, 2024**



In The

# Fourteenth Court of Appeals

---

### NO. 14-23-00898-CV

---

## PATRICK LEVAR MENARD  D/B/A T.K.O. LAWN SERVICES, Appellant

### V.

## MARIA VARGAS, Appellee

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1198399**

---

### MEMORANDUM  OPINION

This is an appeal from an order signed October 30, 2023. The notice of appeal was filed November 27, 2023. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code Ann. § 51.207 (appellate fees and costs).

On February 8, 2024, this court ordered appellant to pay the appellate filing fee within ten days or the appeal would be dismissed. Appellant has not paid the

appellate filing fee or otherwise responded to the court's order. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Poissant.